**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Anna M. Slack,                                                               Civil No. 08-5063 (RHK/JJG)

              Plaintiff,                                                  **ORDER**

vs.

Consumer Adjustment Company, Inc.
d/b/a CACI,

              Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 5) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 2, 2008

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge